IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 21 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PATRICK THELEN,
P.O. Box 5000
Greenville, Il 62246,

     Plaintiff,

V.

DEPARTMENT OF JUSTICE,
600 E. St., N.W.
Ste.7300, Bicentennial bldg.,
Washington, DC 20530-0001,

     Defendant.

Case: 1:15-cv-00102
Assigned To : Howell, Beryl A.
Assign. Date : 1/21/2015
Description: FOIA/Privacy Act

## COMPLAINT FOR INJUNCTIVE RELIEF

1) This is an action brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended, to enjoin defendants from withholding from public disclosure certain records of the United States Department of Justice within their possession and control.

2) This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3) Plaintiff Patrick Thelen is an individual citizen of the United States who believes that the Department of Justice, specifically, the Executive Office For United States Attorneys (EOUSA), possess certain agency records relating to his activities which are subject to the FOIA.

4) Defendant United States Department of Justice is an agency of the United States and subject to the FOIA by the terms of the act, 5 U.S.C. 552et seq. The defendant agency has possession of records to which plaintiff seeks access, to wit; records relating to Plaintiff's federal prosecution in 1997 in the Eastern District of Michigan in **United States V. Thelen, Case No.97-CR-20015-RHC.**



1

5) Plaintiff filed with the defendants in December 2013, a letter, in proper form as required by agency regulations and giving proper identification, requesting access to his personal file and other related documents, contained in the agency files. This request was submitted under the FOIA / PA.

6) After receiving no response to his FOIA request in violation of §552(a)(6)(A)(i) Plaintiff sent a letter to EOUSA in February 2014 requesting a status update and confirmation of his request. **EX.A**

7) On February 25,2014, EOUSA sent Plaintiff a letter requesting another certificate of indentification. **Ex.B**

8) On March 3,2014, Plaintiff sent EOUSA a duplicate request and another certificate of indentity. **Ex.C**

9) On March 24,2014, EOUSA sent Plaintiff another request for another certificate of indentity. **Ex.D.**

10) On March 31,2014, Plaintiff sent EOUSA another certifcation of identity and notice that plaintiff would be appealing EOUSA's delay tactics (requesting information that was repeatedly sent). **Ex.E**

11) On May 7,2014, Plaintiff filed an appeal with the Office of Information Policy (OIP) regarding EOUSA's repeatedly asking for a certificate of identity when it had repeatedly been provided this information. **Ex.F**

12) On June 17,2014, OIP sent Plaintiff a letter indicating it had talked with EOUSA and "EOUSA has agreed to conduct a search for responsive records ...." **Ex.G**

13) On June 18,2014, EOUSA sent Plaintiff an acknowledgment letter indicating they were working on Plaintiff's request.

**Ex.H**                              2.

14) On June 23,2014, Plaintiff requested expedited processing of his FOIA request based on a particular need. **Ex.I** Plaintiff's request to expedite was never answered in violation of § 552(a)(6)(E)(ii)(I)

15) On August 24,2014, Plaintiff wrote EOUSA regarding the status of his request and inquired as to why EOUSA had not responded to Plaintiff's request to expedite. **Ex.J**

16) On September 7,2014, Plaintiff again wrote EOUSA about his request and the fact that EOUSA had not responded to Plaintiff's request to expedite. **Ex.K**

17) On September 10,2014, Plaintiff appealed the lack of action by EOUSA to OIP. **Ex.L** OIP never responded to this appeal in violation of §552(a)(6)(A)(ii).

18) On September 10,2014, EOUSA sent Plaintiff a letter indicating it was processing Plaintiff's FOIA request according to a "first-in-first-out" policy while making no mention of Plaintiff's request to expedite. **Ex.M**

19) To date (December 13,2014) Plaintiff has still not received any documents, any response on his request to expedite, any response on his recent appeal to OIP dated September 10,2014, (Ex.L) all in violation of §552(a)(6)(A)'s time requirements.

20) Pursuant to 5 U.S.C. §552 (a)(3), Plaintiff has a right of access to the documents requested, and defendant has no legal basis for its actions in witholding requested documents or failing to follow §552's time requirements.

21) Plaintiff has exhausted his administrative remedies as provided in the Freedom of Information Act and agency regulations.

**Wherefore,** Plaintiff prays this Court:

A) To take jurisdiction of this case;

B) Order defendants to turn over a copy of requested documents contained in EOUSA's files;

C) To grant such other and further relief as the Court may deem just and proper.

December 15,2014                    Respectfully Submitted,

Patrick Thelen #16842-039
FCI-Greenville
P.O. Box 5000
Greenville, Il 62246

4.

# EXHIBIT A

7007 2680 0000 8597 7903

Executive Office for U.S. Atty's
Dept. of Justice
Room 7300, 600 E.St.,N.W.
Washington, D.C. 20530-0001

Patrick Thelen
#16842-039
FCI-Greenville
P.O.5000
Greenville, Il 62246

February 23,2014

Dear Sir / Madam:

In December 2013, I sent you an FOIA request regarding
my case file in the Eastern District of Michigan, criminal
case number; 1:97-cr-20015-RHC.

As of this date, February 23,2014, I have gotten no
response. I am requesting a status update on my request and
forward movement as mandated by **5 U.S.C. § (a)(6)(C).**

Sincerely,

Pat Thel

# EXHIBIT B



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 252-6020  FAX: 252-6047  (www.usdoj.gov/usao)

February 25, 2014

Requester: _Patrick Thelen_____ Request Number: _FOIA-2014-01133___

Subject of Request: _Self/USAO-EasternDistrictofMichigan- NeedsCertID_____

Dear Mr. Thelen:

     Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraph(s) checked below:

1. [ x ] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4. [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

     By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25),

7007 2680 0000 8597 7941

we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing to the **Office of Information Policy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 CFR § 16.9.

Sincerely,

Susan B. Gerson
Assistant Director

[  ] Enclosure(s)

Form No. 003 - 6/12

# EXHIBIT C

**Freedom of Information Act Request**                    Date: __3/3/2-14__

From: Patrick G. Thelen
      _____

      #16842-039
      FCI-Greenville
      P.O.5000
      Greenville, Il 62246

      _____

                                        Specifically, I am requesting
                                        all documents and information
                                        in my file in case #1:97-cr-20015
                                        from the U.S.District Court
                                        E.D. of Michigan.
                                        This includes any and all
                                        information used in the prosecution
                                        against me in the above case.
      _____       (and any documents not used that
TO:   Executive Office of U.S.Atty's   are in my file)
      _____

      600 E.St. NW                        I argee to pay any copying costs
      Ste.7300                          above the $25.00 limit set forth
      Washington, DC 20530-0001         in 28 CFR § 16.3(c)

      _____

Dear Sir/Madam:

    This request is made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 [and the Privacy Act 5 U.S.C. § 552(a)].

    I request a copy of any and all documents, records, and information in your files that bear my name or any identification number. As you know, the Freedom of Information Act provides that if portions of a document are exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send ma all nonexempt portions of the records which I have requested, and ask that you justify any deletions with reference to specific exemptions of FOIA. The information requested is not to be used for commercial benefit, so I do not expect to be charged fees for your review of the material to see if it falls within one of FOIA's exemptions.

    Courts have construed statutory exemptions under FOIA narrowly with doubts resolved in favor of disclosure. *Massy v FBI*, 3 F.3d 620 (2nd Cir. 1993) Disclosure, not secrecy, is the dominate objective of the Act. *Dept. of Air Force*, 425 U.S. 352, 48 L.Ed.2d 11, 96 S Ct. 1592 (1976).

    According to the provisions of FOIA you have (10) working days to respond to my request.

                                        Sincerely:

                                        Pat Thel

Certificate of Identification (attached).

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Patrick Gordon Thelen

Citizenship Status [2]   US   Social Security Number [3]   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

Current Address   Federal Correctional Institution P.O.5000 Greenville, Il 62246

Date of Birth   11/11/1967   Place of Birth   Coldwater, Mich.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   Patrick Thel   Date   3//3/2014

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

# EXHIBIT D

U.S. Department of Justice

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

March 24, 2014

Requester:_Patrick Thelen_____Request Number:_FOIA-2014-01133____

Subject of Request:_Self/USAO-EasternDistrictofMichigan- NeedsCertID_____

Dear Mr. Thelen:

     Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraph(s) checked below:

1. [ x ] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4. [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

---

     By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25),

we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing to the **Office of Information Policy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 CFR § 16.9.

Sincerely,

Susan B. Gerson
Assistant Director

[ ] Enclosure(s)

Form No. 003 - 6/12

# EXHIBIT E

U.S.DOJ                                        Pat Thelen
Executive Office of U.S. Atty.                 #16842-039
600 E. Street, N.W.                            FCI-Greenville
Ste.7300 Bicentennial Bldg.                    P.O.5000
Washington, DC 20530-0001                      Greenville, Il 62246

                      March 31,2014

RE:FOIA-2014-01133

Dear Sir / Madam:

     Please be advised this is the THIRD time I have sent you
a Certification of Identity.  see below.

This is delaying my request for no valid reason. Accordingly,
I am also filing an appeal with the Office of Government
Information.

                              Sincerely,

# EXHIBIT F

7007 2680 0000 8597 8443

Carmen L. Mallon                                    Patrick G. Thelen
Chief of Staff                                      #16842-039
Office of Information Policy                         FCI-Greenville
Department of Justice                                P.O.5000
Ste.11050                                            Greenville, Il
1425 New York Ave. N.W.                              62246
Washington, DC 20530-0001

                            May 7,2014

Re: Freedom of Information / Privacy Act Appeal

Dear Sir or Madam:

    I enclose my original request submitted to the Executive
Office of the United States Attorney.

    Pursuant to 5 U.S.C. § 552 the agency   had 20 days in which
to respond to my request upon receipt.

    What the agency has repeatedly done is to request a
"certificate of identity" from me when I included it in my
original request and the following two requests. It appears this
is a delay tactic since, again, it was included in my original
request.

    In addition, after the third submission I have still not
received a letter back from the agency saying my request was
being processed. By now pursuant to § 552 I should have received
the requested documents which are needed immediately for pending
litigation.

    Based on the foregoing I am appealing the lack of response
to my request.

                                            Sincerely,

                                            Pat Sh—



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .91 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.21 |

Postmark Here
Pat Thelen
2-B

Sent To  Carmen L.Mallon Ste 11050
Street, Apt. No.; or PO Box No.  1425 N.Y. Ave N.W
City, State, ZIP+4  Washington, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7007 2680 0000 8597 8443

# EXHIBIT G



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**June 17, 2014**

Mr. Patrick Thelen
Register No. 16842-039
Federal Correctional Institution                    Re:     Appeal No. AP-2014-02917
Post Office Box 5000                                          Request No. FOIA-2014-01133
Greenville, IL 62246                                          ADW:JMB

**VIA: U.S. Mail**

Dear Mr. Thelen:

        You appealed from the action of the Executive Office for United States Attorneys
(EOUSA) on your request for access to records concerning your criminal case located in the
United States Attorney's Office for the Eastern District of Michigan.

        As a result of discussions between EOUSA personnel and this Office, EOUSA has agreed
to conduct a search for responsive records in the United States Attorney's Office for the Eastern
District of Michigan. While EOUSA properly informed you that it could not process your
request until you submitted your notarized signature or a certification of your identification
under penalty of perjury, I note that you have provided such a certification with your appeal. If
EOUSA locates releasable records, it will send them to you directly, subject to any applicable
fees. You may appeal any future adverse determination made by EOUSA. If you would like to
inquire about the status of your request, please contact EOUSA directly.

        If you are dissatisfied with my action on your appeal, the Freedom of Information Act
permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Sean R. O'Neill
                                        Chief
                                        Administrative Appeals Staff

                                        By: : *Anne D. Work*

                                        Anne D. Work
                                        Senior Counsel
                                        Administrative Appeals Staff

# EXHIBIT H



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC  20530-0001
(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)

June 18, 2014

Requester:  Patrick Thelen                          Request No.:  FOIA-2014-02699

Subject:  Self (All)/MIE

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request.  It has been assigned the above number. Please give us this number if you write about your request.  If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request).  Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process.  Requests for "all information about myself in criminal case files" are usually Project Requests.  If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver.  Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you.  Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free.  Please do not send any payment at this time!  If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees.  After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you.  Without such payment, your request file will be closed without further action.

Sincerely,

Susan B. Gerson
Assistant Director

Form No. 001 - 6/12

# EXHIBIT I

U.S.Dept. Of Justice                    Patrick Thelen
Executive Office for U.S Atty's         #16842-039
600 E Street, N.W.                      FCI-Greenville
Ste.7300, Bicentennial Bldg.,           P.O.5000
Washington, DC 20530-0001               Greenville, Il
                                        62246-5000
                        June 23,2014

RE:FOIA Request No.FOIA-2014-02699

Dear Sir / Madam:

     I have received your letter of June 18,2014, advising me that
my Freedom of Information Act Request, number 2014-02699 is
expected to take 9 months from June 2014.

     This will request that you expedite consideration of my
request, as I have a particular need for the availability and
use of that information at this time, and delay in access would
tend to adversely affect my interests. Particularily, there is
current and ongoing litigation that requires access to these files.

     If the information is not made available to me within 20 days
from your receipt of this letter, I shall file an administrative
appeal and request that the agency management take appropriate
action on my request.

     Additionally, to narrow my request somewhat, I do not need
any documents relating to appeals in the Sixth Circuit Court of
Appeals. In other words if the document is captioned "In The United
States Court of Appeals" it need not be provided. All other
documents are requested including investigative reports, motions,
and all other information about myself in your possession.

                                        Sincerely,

                                        Pat Th—

                                        Mailed
                                        6/24/14

# EXHIBIT J

U.S. DOJ
Executive Office for U.S. Atty's
FOI & Privacy Staff
600 E. Street, N.W.
Ste. 7300 Bicentennial Bldg.
Washington, DC 20530-0001

Patrick Thelen
#16842-039
FCI-Greenville
P.O.5000
Greenville, Il
62246

August 24,2014

RE:FOIA No.2014-02699

Dear Ms.Gerson:

In February of this year I made an FOIA request for files relating to me in your possession. A request to expedite was also sent on June 23,2014.

As of August 24,2014, I have received no response or **any** files that I have requested.

As you know 5 U.S.C. $552(a)(6)(A)$ mandates compliance with specified time periods which have not been followed  in this request.  Please send me the requested documents to avoid litigation in this matter. As stated in my request to expedite, these materials are needed for current litigation in federal court

Sincerely,

# EXHIBIT K

U.S. Dept. of Justice
Executive Office of U.S. Atty's.,
FOIA & Privacy Staff
600 E. Street, N.W.,
Ste.7300 Bicentenial Bldg.
Washington, DC 20530-0001

Patrick Thelen
#16842-039
FCI-Greenville
P.O.5000
Greenville, Il
62246

September 7,2014

RE:2014-02699

Dear Ms.Gerson:

    I am writing to inquire about the status of my FOIA request
and to narrow the request a bit.

    First, I have requested my request be expedited in a letter
dated June 23,2014, I have received no response to his letter.
Again, I am in need of these documents for current litigation and
it has been since December 2013 that this request was initially
made. Please send me the requested documents. It is at the point
now where I am going to be forced to go to court if I do not re-
eive thses documents in the next 30 days.

    Second, to narrow the search somewhat I do not need any
appellate court briefs or the trial transcripts from the June
1997 trial.

    Again, please propmtly send me the requested documents as
required by law. I appreciate your prompt response to this
letter.

                      Sincerely,

                      Pat Th



# EXHIBIT L

U.S. Dept. of Justice
Office of Information Policy
Ste. 11050
1425 New York Ave. NW
Washington, DC 20530-0001

Patrick Thelen
#16842-039
FCI-Greenville
P.O.5000
Greenville, Il
62246

**APPEAL**
September 10,2014

RE: FOIA-2014-01133

Dear Ms.Work:

Thank-you for your last response regarding my last appeal.
Unfortunately I have still not recieved any documents from the
Executive Office of U.S. Attorneys.

Additionally I have requested expedited processing from
EOUSA and that to has not been responded to. (see attached)

I do not want to litigate this in court as that just
burdens everyone but I am at the point where I have no choice
since, as explained in my request to expedite, these documents are
needed for current litigation. **See In re Patrick Thelen (6th Cir.
2014)**

Please look into this matter and see if anything can be
done to avert litigation. Should EOUSA not provide me the requested
documents in the next 30 days I will be forced to move on to
court. Thank-you for your time and assistance in this matter.

Sincerely,

Pat Thel

# EXHIBIT M

---